# Bagels N' Cream LLC
## Profit & Loss
### August 2019

|  | Aug 19 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Sales** | |
|       NJ Sales Tax | -2,017.44 |
|       Sales - Other | 51,751.02 |
|     **Total Sales** | 49,733.58 |
|   **Total Income** | 49,733.58 |
|   **Cost of Goods Sold** | |
|     Merchant Account Fees | 1,168.71 |
|     **Purchases** | |
|       Newspaper Purchases | 165.55 |
|       Purchases - Other | 26,117.17 |
|     **Total Purchases** | 26,282.72 |
|     Restaurant Supplies | 3,286.10 |
|   **Total COGS** | 30,737.53 |
| **Gross Profit** | 18,996.05 |
|   **Expense** | |
|     Advertising and Promotion | 471.28 |
|     Automobile Expense | 530.28 |
|     Bank Service Charges | 102.48 |
|     Dues and Subscriptions | 547.71 |
|     Insurance Expense | 425.00 |
|     Office Supplies | 92.18 |
|     **Payroll Expenses** | |
|       PR Taxes | 25.46 |
|       Payroll Expenses - Other | 4,964.48 |
|     **Total Payroll Expenses** | 4,989.94 |
|     Professional Fees | 1,400.00 |
|     Rent Expense | 2,823.00 |
|     Repairs and Maintenance | 859.20 |
|     Utilities | 2,343.37 |
|   **Total Expense** | 14,584.44 |
| **Net Ordinary Income** | 4,411.61 |
| **Net Income** | **4,411.61** |